CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 27 2018

JULIA C. DUDLEY, CLERK
BY: 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| MARLON CANADY, | CASE NO. 7:17CV00464 |
| Plaintiff, | |
| v. | FINAL ORDER |
| M. HODGES, ET AL., | By: Glen E. Conrad |
| | Senior United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the defendants' motions to dismiss (ECF Nos. 26 and 34) are **GRANTED**; this civil rights action under 42 U.S.C. § 1983 is **DISMISSED**; and the clerk will strike the case from the active docket of the court.

ENTER: This 27TH day of June, 2018.

_____
Senior United States District Judge