IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA,
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MARLON CANADY
     Plaintiff,

MAR 17 2022

JULIA C. DUDLEY, CLERK
BY: _____
    DEPUTY CLERK

V.     Civil Action No. 7:17 cv00464

J. BOSTIC, W. BARBETTO, and
E. WHITED,
     Defendants.

## NOTICE OF APPEAL

Pursuant to the Federal Rule of Appellate
Procedure 3(a)(1), notice is hereby
given that "MARLON CANADY," the
pro se plaintiff in the aboved named case,
hereby appeal his case to the "United
States Court of Appeals for the
Fourth Circuit from the final judgment
or orders (ECF No. 142, and 144)
entered in this action on the

(1)

24th day of February, 2022.


Respectfully Submitted By
MARLON CANADY #1110773
Greensville Correctional Center
901 Corrections Way
S-1, HU-2-214
Jarratt, Virginia, 23870


## CERTIFICATE OF SERVICE

I, Marlon Canady, hereby certify under
penalty of perjury that on this 15th
day of March 2022, I placed a true and
correct copy of this "Notice of Appeal"
in the prison's mailbox to be mailed,
by the United States Postal Services
to the Clerk's office of the United
States District Court for the Western
District of Virginia, 210 Franklin Rd.
RM. 540, Roanoke, Virginia 24011.


(2)

Submitted By
Marlon Canady
MARLON CANADY #1110773
March 15, 2022

(3)

Marlon Canady # 1110773
Greensville Correctional Center
901 Corrections Way
S-1, HU-2-214
Jarratt Virginia 23870

RICHMOND VA 230
15 MAR 2022 PM 4 L



Clerk's office of the United States
District Court For the Western
District of Virginia,
210 Franklin Rd. RM. 540
Roanoke Virginia, 24011
24011-000340

Legal mail